**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Karen L. Campbell,<br><br>Plaintiff,<br><br>v.<br><br>Las Vegas Metro Police Department, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00944-APG-BNW<br><br>**Report & Recommendation** |

The Court directed Plaintiff Karen Campbell to file a notice with her current address with the Court by July 21, 2022. ECF No. 6. In the same Order, the Court advised Ms. Campbell that a failure to comply could result in a recommendation to the District Judge that this case be dismissed. *Id.*

Plaintiff has failed to provide a current address with the Court. Accordingly, **IT IS RECOMMENDED** that this case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within 14 days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: August 22, 2022.

Brenda Weksler
United States Magistrate Judge