**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN L. CAMPBELL,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:22-cv-00944-APG-BNW<br><br>**Order Accepting Report and Recommendation and Closing Case**<br><br>[ECF No. 9] |

    On August 22, 2022, Magistrate Judge Weksler recommended that this case be dismissed without prejudice because plaintiff Karen Campbell failed to comply with the court's order to update her address. ECF No. 9.  Campbell did not object and Judge Weksler's report and recommendation was returned in the mail. ECF No. 10.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    Additionally, under Local Rule IA 3-1, a pro se party must immediately advise the court of any change of address.  "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

/ / / /

/ / / /

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 9) is accepted**, and plaintiff Karen Campbell's complaint (ECF No. 1-1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 12th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE